Simon Sanchez
18722 Willow Street
Hesperia, CA 92345
(760) 221-2721

Defendants, In Pro Per

FILED
2022 JAN 26  AM 11: 43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

REDWOOD HOLDINGS, LLC,

    Plaintiff(s),

vs.

SIMON SANCHEZ,
And Does 1 to 10,

    Defendant(s).

CASE: EDCV-22-154-DOC-KSx

NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:

PLEASE TAKE NOTICE that defendant Simon Sanchez ("Defendant") hereby remove to this Court the above-captioned action described further below:

**THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.**

Plaintiff, Redwood Holdings, LLC, ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of San Bernardino, entitled:

NOTICE OF REMOVAL

1. REDWOOD HOLDINGS, LLC
vs.
2. SIMON SANCHEZ, And Does 1 to 10

Defendant's Answer to the complaint for unlawful detainer was based on a defective Notice to quit. A copy of the relevant pleadings, i.e., summons, complaint, and Answer are attached hereto as "Exhibit A."

1. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).

2. There are no other named Defendants in the action.

3. No previous request has been made for the relief requested.

4. The Superior Court of California for the County of San Bernardino is located within the Central District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

**FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.**

7. The complaint for Unlawful Detainer is subject to strict notice requirements.

8. Defendant filed the Answer to the complaint based on a Notice, i.e., Notice to Quit, that failed to comply with *Code of Civil Procedure* § 1161(2).

9. Notwithstanding said violation of *Code of Civil Procedure* § 1161(2), the Superior Court for the County of San Bernardino did not sustain the Answer.

10. Federal question exists because Defendant's Answer, a pleading depend on the determination of Defendant's rights and Plaintiff's duties under federal law.

NOTICE OF REMOVAL

Wherefore Defendant, respectfully remove this action from the California Superior Court for the County of San Bernardino this Court pursuant to 28 United States Code Sections 1331 and 1441.

Dated: January 26, 2022

By: _____
Simon Sanchez
DEFENDANTS

NOTICE OF REMOVAL

# EXHIBIT A

# SUMMONS
## (CITACIÓN JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
Simon Sanchez; and Does 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
REDWOOD HOLDINGS, LLC

FILED - BARSTOW
SAN BERNARDINO COUNTY
SUPERIOR COURT

AUG 26 2021

By _____ TIFFANY _____, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.

A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), or by contacting your local court or county bar association.

**FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, sólo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante.

Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local.

**EXENCIÓN DE CUOTAS:** Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier cantidad de $10,000 ó más recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso.

1. The name and address of the court is: SUPERIOR COURT OF CALIFORNIA,
   (El nombre y dirección de la corte es): COUNTY OF SAN BERNARDINO
   235 East Mountain View Ave.
   Barstow, CA 92311
   BARSTOW DISTRICT

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
   Sam Chandra SBN 203942         Law Offices of Sam Chandra, APC
   (626) 305-0555                 710 S. Myrtle Ave., # 600
                                  Monrovia, CA 91016-2171

CASE NUMBER (número del caso): LLTBA2100445

FILE BY FAX PER CRC 2.303

SUMMONS—UNLAWFUL DETAINER—EVICTION

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. September 1, 2018]

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courts.ca.gov

| PLAINTIFF (Name): | Redwood Holdings, LLC | CASE NUMBER: |
|---|---|---|
| DEFENDANT (Name): | Simon Sanchez | |

3. (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415) ☐ did not ☐ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

4. Unlawful detainer assistant (complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):

   a. Assistant's name
   b. Telephone no.:
   c. Street address, city, and zip:

   d. County of registration:
   e. Registration no.:
   f. Registration expires on (date):

Date: AUG 26 2021         Clerk, by Tiffany Mims-Munoz, Deputy
(Fecha)                   (Secretario)                 (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons (form POS-010).)

[SEAL]

[COPY]

5. NOTICE TO THE PERSON SERVED: You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as an occupant.
   d. ☐ on behalf of (specify):
      under: ☐ CCP 416.10 (corporation).    ☐ CCP 416.60 (minor).
             ☐ CCP 416.20 (defunct corporation).    ☐ CCP 416.70 (conservatee).
             ☐ CCP 416.40 (association or partnership).    ☐ CCP 416.90 (authorized person).
             ☐ CCP 415.46 (occupant).    ☐ other (specify):
   e. ☐ by personal delivery on (date):

SUM-130 [Rev. September 1, 2011]       SUMMONS—UNLAWFUL DETAINER—EVICTION       Page 2 of 2

SAM CHANDRA (# 203942)
LAW OFFICES OF SAM CHANDRA, APC
710 S. MYRTLE AVE, # 600
MONROVIA, CA 91016
Phone: (626) 305-0555
Email: Pax@Chandra-Law.com

ATTORNEYS FOR PLAINTIFF

FILED - BARSTOW
SAN BERNARDINO COUNTY
SUPERIOR COURT

AUG 26 2021

BY _____
TIFFANY MUNIS-MUNOZ, DEPUTY

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF SAN BERNARDINO

| | |
|---|---|
| REDWOOD HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SIMON SANCHEZ<br><br>and Does 1 to 10,<br><br>Defendants. | Case No. LLTBA2100445<br><br>COMPLAINT FOR UNLAWFUL DETAINER<br><br>Action based on Code of Civil Procedure Section 1161a Foreclosure<br><br>LIMITED CIVIL<br><br>DEMAND DOES NOT EXCEED $10,000.00<br><br>FILE BY FAX PER CRC 2.303 |

Plaintiff alleges as follows:

1. Plaintiff is a Limited Liability Co

2. Plaintiff alleges a cause of action against the following person(s) hereinafter "Defendants" for Unlawful Detainer: Simon Sanchez

3. The true names or capacities, whether individual, corporate, associate, or otherwise, of Defendant(s) DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes and on such information

1
COMPLAINT: UNLAWFUL DETAINER

and belief alleges, that each of the Defendant(s) designated herein as DOE was legally responsible in some manner for the events and happenings herein referred to and legally caused damages approximately thereby to Plaintiff as herein alleged.

4. On 07/13/2021, Plaintiff became the owner of real property by purchasing said property at a foreclosure sale.

5. Title under this sale has been duly perfected.

6. Pursuant to the recitation contained within the Trustee's Deed Upon Sale, the foreclosure sale was conducted in accordance with CC 2924 et. seq.

7. The Real Property as stated above bears the APN number of: 0411151140000

8. The Real Property as stated above is located at: 18722 Willow Street, Hesperia, CA 92345, County of SAN BERNARDINO

9. No landlord/tenant relationship exists between the Plaintiff and the Defendants.

10. Since the date of sale, and continuing to present, Defendants have occupied said premises without the consent or authorization of the purchaser.

11. Defendants' title, if any, to said premises, that existed prior to the date of sale, was extinguished by said sale.

12. On 08/17/21, Plaintiff caused to be served on the Defendant(s) a written notice in compliance with the Code of Civil Procedure, Section 1161a et seq., requiring and demanding that Defendants quit and deliver up possession of the premises to Plaintiff within 3 days.

13. More than 3 days have elapsed since the service of said notice. The notice has expired, but Defendants have failed and refused, and continue to fail and refuse, to quit and deliver up possession of the premises, Defendants now being in possession thereof.

14. The reasonable rental rate of the premises is $ 2,100.00 per month. The daily rate based upon a 30 day month is $ 70.00

15. Plaintiff is being damaged by the detention of this property in the sum on not less than $ 70.00, per day for the use and occupancy of said premises, and will continue to sustain damages at said rate for so long as Defendants remain in possession of the premises.

16. Plaintiff has not received any rents or other compensation from the Defendants.

17. The Defendant(s) hold-over and continue in possession of the premises. Said hold-over and continued possession is willful, intentional, deliberate, and without permission or consent of Plaintiff. Plaintiff is entitled to immediate possession of the premises.

18. The premises are located in the above-entitled judicial district.

19. Defendants have had use and enjoyment of the premises, at the detriment of Plaintiff from the date of the service of the notice through today and will continue to enjoy the same through the date of entry of judgment of the date Plaintiff is finally able to recover possession of the premises. Defendants are violating California law and are guilty of Unlawful Detainer.

WHEREFORE, Plaintiff prays against Defendant(s), and each of them, as follows:

1. For restitution and possession of the premises;
2. For damages in the amount of $ 70.00 per day or as allowed by law from 08/21/21 to the date of entry of judgment, or recovery of possession of the premises;
3. For Plaintiff's costs of suit;
4. For such other and further relief as the Court may deem just and proper.

Executed: 08/23/21

Sam Chandra, Esq
Attorney for Plaintiff

EXHIBIT LIST:

1. Verification to Complaint
2. Deed
3. Notice and proof of service.

UD-105

ATTORNEY OR PARTY WITHOUT ATTORNEY:
NAME: Simon Sanchez
FIRM NAME:
STREET ADDRESS: 18722 Willow Street
CITY: Hesperia  STATE: CA  ZIP CODE: 92345
TELEPHONE NO.: (760) 221-2721
FAX NO.:
E-MAIL ADDRESS:
ATTORNEY FOR (name): IN PRO PER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 235 E Mt View Street
MAILING ADDRESS: SAME
CITY AND ZIP CODE: Barstow CA 92311
BRANCH NAME: Barstow

PLAINTIFF: REDWOOD HOLDINGS, LLC
DEFENDANT: SIMON SANCHEZ

**ANSWER—UNLAWFUL DETAINER**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
BARSTOW DISTRICT
NOV 19 2021
BY _____ DEPUTY
PRECIOUS L. COVETT, DEPUTY

CASE NUMBER:
ULTBA 2100205

1. Defendant (all defendants for whom this answer is filed must be named and must sign this answer unless their attorney signs):
   SIMON SANCHEZ

   answers the complaint as follows:

2. DENIALS (Check ONLY ONE of the next two boxes.)
   a. ☐ General Denial (Do not check this box if the complaint demands more than $1,000.)
      Defendant generally denies each statement of the complaint and of the Mandatory Cover Sheet and Supplemental Allegations—Unlawful Detainer (form UD-101).

   b. ☒ Specific Denials (Check this box and complete (1) and (2) below if complaint demands more than $1,000.)
      Defendant admits that all of the statements of the complaint and of the Mandatory Cover Sheet and Supplemental Allegations—Unlawful Detainer (form UD-101) are true EXCEPT:

      (1) Denial of Allegations in Complaint (Form UD-100 or Other Complaint for Unlawful Detainer)
         (a) Defendant claims the following statements of the complaint are false (state paragraph numbers from the complaint or explain below or, if more room needed, on form MC-025):
            ☐ Explanation is on form MC-025, titled as Attachment 2b(1)(a).

         (b) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them (state paragraph numbers from the complaint or explain below or, if more room needed, on form MC-025):
            ☐ Explanation is on form MC-025, titled as Attachment 2b(1)(b).

      (2) Denial of Allegations in Mandatory Cover Sheet and Supplemental Allegations—Unlawful Detainer (form UD-101)
         (a) ☒ Defendant did not receive plaintiff's Mandatory Cover Sheet and Supplemental Allegations (form UD-101). (If not checked, complete (b), (c), and (d), as appropriate.)

         (b) ☐ Defendant claims the statements in the Verification required for issuance of summons—residential, item 3 of plaintiff's Mandatory Cover Sheet and Supplemental Allegations (form UD-101), are false.

         (c) Defendant claims the following statements on the Mandatory Cover Sheet and Supplemental Allegations—Unlawful Detainer (form UD-101) are false (state paragraph numbers from form UD-101 or explain below or, if more room needed, on form MC-025): ☐ Explanation is on form MC-025, titled as Attachment 2b(2)(c).

Form Approved for Optional Use
Judicial Council of California
UD-105 [Rev. October 1, 2021]

ANSWER—UNLAWFUL DETAINER

Page 1 of 5
Civil Code, § 1940 et seq.
Code of Civil Procedure, §§ 425.12, 1161 et seq., 1179.01 et seq.
www.courts.ca.gov