NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Simon Sanchez
18722 Willow Street
Hesperia, CA 92345
(760) 221-2721

FILED
2022 JAN 26  AM 11: 43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

ATTORNEY(S) FOR: Pro-per defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD HOLDINGS, LLC,<br><br>    Plaintiff(s)<br>v.<br><br>SIMON SANCHEZ,<br>And Does 1 to 10<br><br>    Defendant(s) | CASE NUMBER:<br><br>EDCV-22-154-DOC-KSx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Simon Sanchez_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| REDWOOD HOLDINGS, LLC | PLAINTIFF |
| SIMON SANCHEZ | DEFENDANT |

January 26, 2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Simon Sanchez