LAW OFFICES SAM CHANDRA, APC
SAM CHANDRA   (SBN 203942)
710 S. Myrtle Ave., # 600
MONROVIA, CALIFORNIA 91016
Tel (626) 305-0555

Attorney for Moving Party -
REDWOOD HOLDINGS, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD HOLDINGS, LLC, | Case No:  5:22-CV-00154-DOC-KS |
| Plaintiff, | CERTIFICATE OF INTERESTED PARTIES |
| vs. | |
| SIMON SANCHEZ and DOES 1 through 10, | |
| Defendants. | |

Plaintiff offers the below as interested parties.

Plaintiff:  Redwood Holdings, LLC

Defendants:  Simon Sanchez

Respectfully submitted,

Sam Chandra
Attorney for Plaintiff

-13-